**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

MARIE BÄRSCH,                                    :

                          Plaintiff,             :                    ORDER

          -against-                              :

                                                 :          25 Civ. 9667 (GBD)

JAAFAR SKINCARE INC d/b/a FILD STUDIO    :
and DOES 1 THROUGH 10, INCLUSIVE,        :

                                                 :

                          Defendants.            :

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, (*see* ECF No. 13,) the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

All deadlines and conferences previously scheduled are adjourned *sine die*.

Dated:  New York, New York
         February 19, 2026

                                        SO ORDERED.

                                        *George B. Daniels*

                                        GEORGE B. DANIELS
                                        United States District Judge